Boyd, by Guardian *ad litem,* and others, Respondents, vs. Department of Taxation, Appellant.   [Two cases.]

*November 13—December 8, 1942.*

For the appellant there was a brief by the *Attorney General* and *Harold H. Persons,* assistant attorney general, and oral argument by *Mr. Persons* and *Mr. Neil Conway,* inheritance tax counsel.

For the respondents there was a brief by *Lecher, Michael, Whyte & Spohn* of Milwaukee, and oral argument by *George D. Spohn.*

Rosenberry, C. J.   The question involved in these cases is whether the twenty-five per cent additional tax imposed by par. (e) of sub. (3) of sec. 4, ch. 363, Laws of 1933, is applicable to the entire value of gifts made during a calendar year or only to the portion not in excess of $25,000?   These cases are ruled by the cases in which Clara A. Miller, donor, is respondent and the Wisconsin Department of Taxation is

appellant, *ante,* p. 615, 6 N. W. (2d) 827. Reference is made to the opinion and discussion in those cases, and in accordance with that opinion, the judgment in each case is affirmed.

*By the Court.*—Judgment in each case is affirmed.